O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br>MARIO LIZARRAGA,<br>    Defendant. | CASE NO. CR14-684-CAS - 32<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

    On February 28, 2022, April 18, 2022, June 13, 2022, and June 27, 2022, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on February 24, 2022 and April 8, 2022. Government counsel, Christopher Kendall, the defendant and his appointed Deputy Federal Public Defender attorney, Michael Driscoll, Jr. were present. The U.S. Probation Officers, Nora Uhl and Jennifer Soliz, were also present.

    The defendant admitted the allegations, in violation of his supervised release, as stated in the Petitions filed on February 24, 2022 and April 8, 2022. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on March 10, 2016 and January 4, 2021.

    IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervision to follow.

IT IS FURTHER ORDERED that the defendant surrender himself on or before 12 noon, on July 27, 2022, to the United States Marshal located at: U.S. COURTHOUSE, 350 West First Street, Los Angeles, California 90012.

The Court hereby recommends defendant be designated to a facility in Southern California, or as close thereto as possible.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   June 27, 2022

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: _____
Catherine M. Jeang, Deputy Clerk